IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chelsea James,<br><br>           Plaintiff,<br><br>vs.<br><br>Utah Sell Now LLC, et al.,<br><br>           Defendants. | No. CV-24-00540-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation of Dismissal (Doc. 25). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 25) is **granted**;

2. That this action is **dismissed without prejudice** in its entirety; and

3. That the Clerk of Court shall **terminate** this action.

Dated this 16th day of June, 2025.

                                              Honorable Steven P. Logan
                                              United States District Judge